**Lamar D. QUARLES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74659.**

Missouri Court of Appeals, Western District.

March 12, 2013.

Rosalynn Koch, Columbia, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

Mr. Lamar D. Quarles appeals the motion court's judgment denying his Rule 29.15 post-conviction relief motion. He claims that trial counsel was ineffective for failing to file a motion to suppress his statements to the police.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).